# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RYAN MEILLEUR AND ELRAY
CLARK

NO.   2023 CW 0043

VERSUS

LBC BATON ROUGE, LLC AND
CORY BONADONA

**MARCH 2, 2023**

---

In Re:    LBC Baton Rouge, LLC and Cory Bonadona, applying for
          supervisory writs, 23rd Judicial District Court,
          Parish of Ascension, No. 130482.

---

**BEFORE:    GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.** The district court's February 2, 2023 amended judgment granting the motions for summary judgment filed by Vecta Environmental Services, LLC and Nautilus Insurance Company and dismissing all claims against those parties is a final, appealable judgment pursuant to La. Code Civ. P. art. 1915(A)(3). The denial of a motion for summary judgment is an interlocutory judgment and is appealable only when expressly provided by law. However, where there are cross-motions for summary judgment raising the same issues, this court can review the denial of a cross-motion for summary judgment in addressing the appeal of the granting of the motion for summary judgment. **Cypress Heights Academy v. CHA Investors, LLC,** 2021-0820 (La. App. 1st Cir. 6/7/22), 343 So.3d 736, 741, writs denied, 2022-01284, 2022-01247 (La. 11/8/22), 349 So.3d 574, 576. An appeal of a final judgment can be taken by filing a motion for appeal in the district court, along with an order for the judge's signature showing the return date of the appeal, within the time delays set out in La. Code Civ. P. art. 2087. Filing documents directly with this court does not suspend the running of appeal delays. See La. Code Civ. P. art. 2121; **Strickland v. Layrisson,** 96-1280 (La. App. 1st Cir. 6/20/97), 696 So.2d 621, writ denied, 97-1940 (La. 11/14/97), 704 So.2d 228.

**JMG**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

---
      DEPUTY CLERK OF COURT
         FOR THE COURT